UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| METROPOLITAN PROPERTY AND<br>CASUALTY INSURANCE COMPANY | CASE NO.: 3:02 CV639 AVC |
| V. | |
| CLAUDETTE ESPACH AS<br>ADMINISTRATRIX OF THE ESTATE OF<br>MICHAEL ESPACH, ANDREW CONWAY,<br>ROGER CONWAY, ANDREA CONWAY &<br>MAUREEN DEVINE | NOVEMBER 13, 2003 |

CERTIFICATION

The undersigned hereby certifies that on November 13, 2003 a copy of the letter attached hereto as Exhibit A, was sent to the following counsel of record and the Honorable Alfred V. Covello:

Charles Fleischmann, Esq.
Jeffrey A. Blueweiss, Esq.
David Robertson, Esq.
BAI, POLLOCK, BLUEWEISS
& MULCAHEY, PC
10 Middle Street
Bridgeport, CT  06604

James E. Coyne, Esq.
Colleen Fries, Esq.
COYNE, VON KUHN, BRADY & FRIES
999 Oronoque Lane
Stratford, CT  06614

- 2 -

Donna Marie Lonergan, Esq.
LAW OFFICES OF LARRY LEVINE
10 Columbus Boulevard
Hartford, CT  06106

                      THE PLAINTIFF
                      METROPOLITAN PROPERTY &
                      CASUALTY INSURANCE CO.

By _____
    Jennifer J. Cavalier.
    Federal Bar No: ct 24646
    NUZZO & ROBERTS, L.L.C.
    One Town Center
    P.O. Box 747
    Cheshire, Connecticut 06410
    (203) 250-2000

- 3 -

## CERTIFICATION

I hereby certify that on November 13, 2003, the foregoing was mailed, postage prepaid, to:

Charles Fleischmann, Esq.
Jeffrey A. Blueweiss, Esq.
David Robertson, Esq.
BAI, POLLOCK, BLUEWEISS
& MULCAHEY, P.C.
10 Middle Street
Bridgeport, CT  06604

James E. Coyne, Esq.
Colleen Fries, Esq.
COYNE, VON KUHN, BRADY &
  FRIES
999 Oronoque Lane
Stratford, CT  06614

Donna Marie Lonergan, Esq.
LAW OFFICES OF LARRY
  LEVINE
10 Columbus Boulevard
Hartford, CT  06106

and a bench copy to:

Honorable Alfred V. Covello
U.S. DISTRICT COURT
450 Main Street
Hartford, CT  06103

_____
Jennifer J. Cavalier
Federal Bar No: ct 24646
NUZZO & ROBERTS, L.L.C.
One Town Center
P.O. Box 747
Cheshire, Connecticut  06410
(203) 250-2000

\\fp\nuzzo\wp\413001\146\Cert to Court 11-13-03.doc

# NUZZO & ROBERTS, L.L.C.
LAW  OFFICES

ANTHONY NUZZO, JR.
RICHARD A. ROBERTS
FREDERICK L. MUROLO
DAVID J. WEIL
KAREN T. GERBER
JANE S. BIETZ
ROBERT J. CHOMIAK, JR.
NICOLE C. DABEKIS CHOMIAK
JANE M. CARLOZZI
JENNIFER J. CAVALIER
ROBERT J. JOHNSON
AMBER J. BRANCIFORTE
NADINE M. PARE
SEAN D. MURPHY
KEVIN C. HINES
JASON K. MATTHEWS
JAMES R. FIORE
JILL M. PERNO
SARA M. CONOPASK
JESSICA B. RAJOTTE
RENEE C. BERMAN

November 10, 2003

Attention: Jared
U.S. District Court
450 Main Street
Hartford, CT 06103

Re: Metropolitan v. Claudette Espach, Admx.
    Docket No.: 3:02 CV 639 AVC

Dear Jared:

On March 27, 2003 the undersigned, on behalf of the plaintiff, Metropolitan Property and Casualty Insurance Company, filed a motion for summary judgment in connection with this matter. As of the present date, we have yet to receive a decision on said motion. Accordingly, at your earliest convenience, we would appreciate your advising as to the disposition of this motion.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

NUZZO & ROBERTS, L.L.C.


Jennifer J. Cavalier

JJC/dp

\\fp\nuzzo\wp\413001\146\Let Court 11-10-03.doc

ONE TOWN CENTER
P.O. BOX 747
CHESHIRE, CONNECTICUT 06410
TELEPHONE (203) 250-2000
FAX (203) 250-3131
help@nuzzo-roberts.com