UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

METROPOLITAN PROPERTY &
CASUALTY INSURANCE COMPANY

            V.                                    CASE NO. 3:02CV00639(AVC)

CLAUDETTE ESPACH, ADMIN OF THE
ESTATE OF MICHAEL ESPACH, ANDREW
CONWAY, ROGER CONWAY and ANDREA
CONWAY

## JUDGMENT

This action having been commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The plaintiff having filed a motion for summary judgment and the Court, having considered the full record of the case, including applicable principles of law, on April 13, 2004, filed its ruling granting the motion; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiff against the defendants.

Dated at Hartford, Connecticut, this 15th day of April, 2004.

                                                             KEVIN F. ROWE, Clerk

                                                   By:   /s/ JW
                                                           Jo-Ann Walker
                                                          Deputy Clerk

EOD: _____