*MP issued
fee paid*

**FILED**

2004 MAY 12 P 3: 25

UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT
DISTRICT OF CONNECTICUT    HARTFORD, CT.

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY

    Plaintiff

VS.                                              CIVIL ACTION NO.
                                                   3:02 CV 639 AVC

CLAUDETTE ESPACH, ADMRX.,
ET AL,

    Defendants                            MAY 12, 2004

## NOTICE OF APPEAL

Pursuant to F.R.A.P. 3(a)(1) and 4(a)(1)(A), notice is hereby given that the defendant, Claudette Espach, Administratrix of the Estate of Michael Espach, in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from judgment entered in this action on the 15th day of April, 2004 relative to the granting of the plaintiff's motion for summary judgment on April 12, 2004. A copy of the court's ruling and judgment are attached hereto.

James E. Coyne
Coyne, von Kuhn, Brady & Fries, LLC
999 Oronoque Lane
Stratford, CT 06614
(203) 378-7100
#ct05396

## *CERTIFICATION*

      This is to certify that a copy of the foregoing has been sent, via U.S. Mail, this 12th day of May, 2004, to:

Anthony Nuzzo, Jr., Esq.
Nuzzo & Roberts, LLC
One Town Center
Cheshire, CT 06410

Jeffrey A. Blueweiss, Esq.
Bai, Pollock, Blueweiss & Mulcahey, P.C.
10 Middle Street
P. O. Box 1978
Bridgeport, CT 06604

Attorney Donna Marie Lonergan
Law Offices of Larry Levine
10 Columbus Boulevard
Hartford, CT 06106

James E. Coyne
Coyne, von Kuhn, Brady & Fries, LLC
999 Oronoque Lane
Stratford, CT 06614
(203) 378-7100
#ct05396