UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY

    Plaintiff

VS.                        DOCKET NO. 04-2897-cv

CLAUDETTE ESPACH, ADMRX.,
ET AL,

    Defendants             JUNE 29, 2004

## STIPULATION FOR DISMISSAL

The parties hereby agree that the above matter may be dismissed with prejudice and without costs to either party.

| THE PLAINTIFF METROPOLITAN PROPERTY & CASUALTY INS. CO. | THE DEFENDANT CLAUDETTE ESPACH |
|---|---|
| _____<br>Anthony Nuzzo<br>Nuzzo & Roberts<br>One Town Center, P.O. Box 747<br>Cheshire, CT 06410<br>(203) 250-2000 | _____<br>James E. Coyne<br>Coyne, von Kuhn, Brady & Fries, LLC<br>999 Oronoque Lane<br>Stratford, CT 06614<br>(203) 378-7100<br>#ct05396 |

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By
_____
Frank J. Scardilli, Staff Counsel

CERTIFIED: 7/28/04

7/26/04  A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK